# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jacob Cooper | Case Number: 3:20-00137-1 |

Name of Current Judicial Officer: The Honorable Eli J. Richardson, U.S. District Judge

Name of Sentencing Judicial Officer: The Honorable Amy Berman Jackson, U.S. District Judge (D.C.)

Date of Original Sentence: February 13, 2020

Original Offense: 18 U.S.C.§875(c) Transmission of Threatening Communications in Interstate Commerce

Original Sentence: Time served followed by 3 years' supervised release

| | |
|---|---|
| Type of Supervision: Supervised release | Date Supervision Commenced: February 13, 2020 |
| Assistant U.S. Attorney: Brent Hannafan | Defense Attorney: To be assigned |

**THE COURT ORDERS:**

☒ No Action Necessary at this Time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ___10th___ day of ___February___, 2023, and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_James Foster_
James Foster
Senior U.S. Probation Officer

_Eli Richardson_
The Honorable Eli J. Richardson
U.S. District Judge

Place   Nashville, TN

Date    February 10, 2023

## ALLEGED VIOLATIONS

The probation officer believes the offender has violated the following conditions of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| **1.** | **You must refrain from any unlawful use of a controlled substance.** |

During a drug test conducted at his home on January 31, 2023, Mr. Cooper submitted a urine specimen which appeared to be positive for marijuana. Mr. Cooper admitted to having smoked marijuana approximately two weeks earlier. Mr. Cooper expressed remorse for having violated his release conditions in this manner. At the probation officer's direction, Mr. Cooper subsequently contacted his outpatient mental health treatment provider, the Mental Health Cooperative, where Mr. Cooper's case manager is arranging for him to also receive outpatient substance abuse treatment.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Jacob Cooper was federally sentenced in the District of Columbia on February 13, 2020, and immediately returned to the Middle District of Tennessee and initiated his supervision term the same day. He scheduled to complete his term on February 12, 2023. Mr. Cooper resides with his mother, stepfather, and brother at their home, in Clarksville, Tennessee, and is currently unemployed. Since initiating supervised release, Mr. Cooper has been enrolled in outpatient mental health care via the Mental Health Cooperative, in Clarksville, and has been compliant with treatment. Aside from his recent illicit substance use, Mr. Cooper has complied with his release conditions and followed the probation officer's directives. As noted above, Mr. Cooper's case manager is in the process of referring him to outpatient substance use treatment.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that Mr. Jacob be permitted to continue on supervision until his term expires on February 12, 2023, with no further action taken, so he may take advantage of ongoing mental health and substance abuse treatment services in the community.

Approved:

_[signature]_
Britton Shelton
Supervisory U.S. Probation Officer